IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV39-MU

| | | |
|---|---|---|
| MARIONETTE F. PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AT&T CORPORATION, ROBERT | ) | |
| SELLMAN III, and ROXANNE | ) | |
| WINBOURNE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Defendants' Motion to Dismiss and Plaintiff's request for leave to amend her Complaint to name the proper party Defendant. Plaintiff consents to dismissal of the named Defendants. Accordingly,

IT IS THEREFORE ORDERED that Plaintiff is hereby allowed to amend her Complaint and Plaintiff is hereby directed to file the Amended Complaint as attached to her Brief in Support of Plaintiff's Reply to Motion to Dismiss. Defendants' Motion to Dismiss the named Defendants is hereby allowed.

Signed: March 16, 2010

Graham C. Mullen
United States District Judge