IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-39-GCM

| | |
|---|---|
| MARIONETTE F. PERRY,<br><br>　　　　Plaintiff,<br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, INC.,<br><br>　　　　Defendant | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion. IT IS HEREBY ORDERED that the trial date in this case is re-scheduled for **July 18, 2011.**

**IT IS SO ORDERED.**

Signed: April 6, 2011

Graham C. Mullen
United States District Judge