IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV39

| | |
|---|---|
| MARIONETTE F. PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BELLSOUTH ) | |
| TELECOMMUNICATIONS, INC., ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court upon Defendant's Motion for Summary Judgment. Plaintiff, through counsel, has indicated that she does not intend to file a response in opposition to Defendant's motion. The court has reviewed the submissions of the Defendant and finds that Plaintiff fails to raise a genuine issue of material fact. For the reasons stated in Defendant's brief in support of its motion, the court finds that summary judgment in favor of the Defendant is appropriate.

    IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby granted.

Signed: May 19, 2011

Graham C. Mullen
United States District Judge