# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marionette F. Perry ,

    Plaintiff(s),                                       JUDGMENT IN A CIVIL CASE

vs.                                                        310cv39

Bellsouth Telecommunications Inc.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2011 Order.

                                                     Signed: May 19, 2011

Frank G. Johns, Clerk
United States District Court